IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMON JAQUEZ, on behalf of himself and all others similarly situated,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>**HIGH ISLAND HEALTH, LLC,**<br><br>　　　　　　　　　　Defendant. | **Civil Case Number:  1:21-cv-03899-KPF** |

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 10, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-03899-KPF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS \_\_\_\_ day of _____ 2021.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE