IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMON JAQUEZ, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>-v-<br><br>**HIGH ISLAND HEALTH, LLC,**<br><br>Defendant. | Civil Case Number: 1:21-cv-03899-KPF |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 10, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-03899-KPF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```

**SO ORDERED THIS** 10th **day of** December, **2021.**

*Katherine Polk Failla*
_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE